12 A.3d 206

IN THE MATTER OF MARC D. MANOFF, AN ATTORNEY
AT LAW (ATTORNEY NO. 004941990).

February 16, 2011.

## ORDER

**MARC D. MANOFF** of **WAYNE, PENNSYLVANIA,** who was admitted to the bar of this State in 1990, having pleaded guilty in the United States District Court for the Eastern District of Pennsylvania to one count of conspiracy to commit securities fraud, in violation of 18 *U.S.C.* § 371, 15 *U.S.C.* §§ 78j(b) and 78ff, 17 *C.F.R.* § 240.10b–5, and two counts of securities fraud in violation of 15 *U.S.C.* §§ 78j(b) and 78ff, and 17 *C.F.R.* § 240.10b–5, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MARC D. MANOFF** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MARC D. MANOFF** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **MARC D. MANOFF** comply with *Rule* 1:20–20 dealing with suspended attorneys.